**Motions Granted; Appeal Reinstated; Appeal Dismissed and Memorandum Opinion filed July 26, 2012.**



**In The**

# Fourteenth Court of Appeals

———————————————

**NO. 14-12-00116-CV**

———————————————

**SOUTHEAST TEXAS ENVIRONMENTAL, L.L.C., REGOR PROPERTIES, L.L.C., KORDEL, INC., AND JEFFREY PITSENBARGER, Appellants**

**V.**

**KEN BIGHAM AND TRACY HOLLISTER, Appellees**

---

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2007-55020**

---

## MEMORANDUM OPINION

On January 23, 2012, Ken Bigham and Tracy Hollister filed a notice of appeal from the judgment signed October 27, 2011, and the appeal was assigned to this court

under our appellate number 14-12-00084-CV. On January 26, 2012, Southeast Texas Environmental, L.L.C., Regor Properties, L.L.C., Kordel, Inc., and Jeffrey Pitsenbarger filed a notice of cross-appeal from the same judgment, which was assigned to this court under our appellate number 14-12-00116-CV.

On April 17, 2012, both appeals were abated for bankruptcy. On July 11, 2012, Southeast Texas Environmental, L.L.C., filed an unopposed motion in each appeal to vacate the order of abatement and reinstate. Attached to the motion is a true copy of the bankruptcy court's order discharging Jeffrey Pitsenbarger from bankruptcy and closing the bankruptcy case. The Court grants the motions and orders the appeals reinstated and placed on the court's active docket.

On July 19, 2012, the parties filed an agreed motion to consolidate the cross-appeals. The motion is granted and the court consolidates the two above-referenced causes for all purposes. The issues, records, and documents filed in cause number 14-12-00116-CV are consolidated into cause number 14-12-00084-CV. The consolidated appeal shall proceed under appeal number 14-12-00084-CV, and appeal number 14-12-00116-CV is hereby dismissed. *See Livingston v.* Arrington, No. 03-11-00197-CV, No. 03-11-00266-CV, 2011WL 2297705, *1 (Tex. App. -- Austin Jun. 10, 2011, no pet.) (mem. op). Appellate deadlines will run from the date that the record in appeal number 14-12-00084–CV is complete.


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Jamison.


2